IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CONNECTIONS COMMUNITY<br>SUPPORT PROGRAMS, INC.;<br>CATHERINE DEVANEY MCKAY;<br>WILLIAM NORTHEY; and STEVEN<br>DAVIS,<br><br>    Defendant. | Civil Action No. 21-514-MN |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

The undersigned, the United States of America (the "United States"), and Don A. Beskrone, Chapter 7 trustee (the "Trustee") for the estate of Connections Community Support Programs, Inc., ("Connections") hereby file this joint motion for entry of a consent judgment against Connections Community Support Programs, Inc., and in favor of the United States of America. In support thereof, the parties state as follows:

1. On April 9, 2021, the United States filed a Complaint against Connections, Catherine Devaney McKay, William Northey, and Steven Davis (D.I. 1).

2. The Complaint alleges that the Defendants negligently failed to comply with statutory and regulatory requirements under the Controlled Substances Act, 21 U.S.C. § 801, *et seq.* More specifically, the Complaint alleges that the Defendants failed to accurately account for large volumes of controlled substances, and failed to properly track and document transfers of controlled substances.

3. On April 19, 2021, Connections filed a voluntary Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"),

initiating the case captioned *In re Connections Community Support Programs, Inc.*, Case No. 21-10723-MFW.

4. On July 30, 2021, Connections filed in the Bankruptcy Court a Motion to Approve Compromise under Rule 9019, seeking an order approving a settlement agreement (the "Settlement Agreement") by and between Connections and the United States.[1]

5. On September 27, 2021, the Bankruptcy Court entered an Order approving the settlement and authorizing Connections and the United States to execute the Settlement Agreement and to submit the attached Consent Judgment resolving the United States' claims against Connections (and Connections alone) in the present case. By its terms, the Order was made binding on the bankruptcy estate and upon successors to the Debtor.

6. Also on September 27, 2021, Connections' bankruptcy was converted from a Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code. The undersigned, Don A. Beskrone, was appointed as Chapter 7 Trustee on that date.

7. The Trustee, as representative of Connections' estate, has executed the present Motion indicating his consent to entry of the attached Consent Judgment.

---

[1] Defendants McKay, Northey, and Davis are not parties to the Settlement Agreement.

WHEREFORE the parties respectfully request the Court grant this Motion and enter the enclosed Consent Judgment in the present case, and that the Court grant such other and further relief as is just and proper.

Respectfully submitted,

| | |
|---|---|
| DAVID C. WEISS<br>UNITED STATES ATTORNEY | DON A. BESKRONE, CHAPTER 7 TRUSTEE FOR THE ESTATE OF CONNECTIONS COMMUNITY SUPPORT SERVICES, INC. |
| /s/ *Laura D. Hatcher*<br>Dylan J. Steinberg<br>Laura D. Hatcher<br>Assistant United States Attorneys<br>1313 N. Market Street<br>PO Box 2046<br>Wilmington, DE 19899-2046<br><br>*Attorneys for Plaintiff United States of America* | /s/ [signature] 10/26/21<br>Ricardo Palacio (No. 3765)<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801<br><br>*Proposed Counsel for Don A. Beskrone Chapter 7 Trustee* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) Civil Action No. 21-514-MN |
| Plaintiff, | ) ) |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.; CATHERINE DEVANEY MCKAY; WILLIAM NORTHEY; and STEVEN DAVIS, | ) ) ) ) ) ) ) |
| Defendant. | ) ) |

## **CONSENT JUDGMENT**

Judgment is hereby entered against Defendant Connections Community Support Programs, Inc. ("Connections") in the amount of $1,621,571, and interest at a rate 2.5% per annum from the date of July 22, 2021, continuing until and including the day of payment, in favor of the United States and against Connections (the "Judgment"). The United States' claims shall continue against the remaining Defendants.

**IT SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE