IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 21-514-MN |
| v. | |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.; CATHERINE DEVANEY MCKAY; WILLIAM NORTHEY; and STEVEN DAVIS, | |
| Defendant. | |

## CONSENT JUDGMENT

Judgment is hereby entered against Defendant Connections Community Support Programs, Inc. ("Connections") in the amount of $1,621,571, and interest at a rate 2.5% per annum from the date of July 22, 2021, continuing until and including the day of payment, in favor of the United States and against Connections (the "Judgment"). The United States' claims shall continue against the remaining Defendants.

**IT SO ORDERED this 1st day of November 2021.**

_____
The Honorable Maryellen Noreika
United States District Judge