**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.; CATHERINE DEVANEY MCKAY; WILLIAM NORTHEY; and STEVEN DAVIS, | ) Civil Action No. 21-00514-MN<br>)<br>)<br>)<br>)<br>) |
| Defendant(s). | )<br>)<br>) |

**STIPULATION OF DISMISSAL**

It is hereby stipulated by and among the United States of America, Catherine Devaney McKay, and William Northey[1] that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all remaining claims in this action are dismissed with each party to bear its own costs except as provided for in any settlement agreement.

---

[1] The Court entered a Consent Judgment against Defendant Connections Community Support Programs, Inc. on November 12, 2021.  (D.I. 34)  A Suggestion of Death as to Defendant Steven Davis was filed on May 4, 2022.  (D.I. 53)

DAVID C. WEISS
UNITED STATES ATTORNEY

/s/ Dylan J. Steinberg
Dylan J. Steinberg
Assistant United States Attorney
1313 N. Market Street, Suite 400
Wilmington, DE 19801

*Attorney for Plaintiff United States of America*

BROWN MCGARRY NIMEROFF LLC

/s/ Jami B. Nimeroff
Jami B. Nimeroff
919 N. Market Street, Suite 420
Wilmington, DE 19801

*Attorney for Defendant William Northey*

MCCARTER & ENGLISH, LLP

/s/ Steven P. Wood
Steven P. Wood
405 N. King Street, 8th Floor
Wilmington, DE 19801

*Attorney for Defendant Catherine Devaney McKay*